UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

2004 JUL 26  P 12: 5 1

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| INSURANCE COMPANY OF )<br>NORTH AMERICA as subrogee of )<br>THE CARNEY FAMILY )<br>INVESTMENT TRUST )<br>)<br>Plaintiff )<br>v. )<br>)<br>BURR YACHT SALE, INC., )<br>PROFESSIONAL MARINER, LLC )<br>)<br>Defendants ) | C.A. NO. 1:04-cv-11476-NG |

## NOTICE OF LIMITED APPEARANCE

TO THE CLERK IN THE ABOVE-ENTITLED COURT:

Please enter our appearances as attorneys for the Defendant, Professional Mariner, LLC, in the above-entitled matter for the limited purpose of contesting personal jurisdiction.

BY ITS ATTORNEYS,

Emily G. Coughlin, BBO# 554526
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston MA 02110
(617) 988-8050

## CERTIFICATE OF SERVICE

I, Emily G. Coughlin, hereby state that I have served the foregoing upon all counsel of record by hand and first class mail this 23rd day of July, 2004 by serving same on David J. Daly, Daly Cavanaugh, LLP, 27 Mica Lane, Wellesley, MA 02481.

Emily G. Coughlin