UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-11476-NG

| | |
|---|---|
| INSURANCE COMPANY OF NORTH AMERICA<br>as the subrogee of<br>THE CARNEY FAMILY INVESTMENT TRUST<br><br>Plaintiff<br><br>vs.<br><br>BURR YACHT SALES, INC.,<br>PROFESSIONAL MARINER, LLC<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF C. RAY CLIETT

Now comes C. Ray Cliett and does depose and say the following on his personal knowledge:

1. I am employed as an attorney for Daly Cavanaugh LLP. I am of the age of majority. I have personal knowledge of the matters set forth herein, and I am otherwise qualified to testify. I represent the Plaintiff in the above-captioned matter.

2. On July 29, 2004, I conducted an internet search regarding Professional Mariner, LLC. Attached hereto are a true and accurate copies of printouts from the web site of Professional Mariner;

3. Attached hereto are true and accurate copies of printouts from Ellett Brothers which are accessible through links on the Professional Mariner, LLC web site.

4. On July 29, 2004, I conducted an internet search and discovered boat builders in Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF AUGUST, 2004.

_____
C. Ray Cliett



# ProMariner

Professional Mariner, LLC

- HOME
- PRODUCTS
- SELLSHEET DOWNLOAD
- PHOTO DOWNLOAD
- WHERE TO BUY
- TROUBLE SHOOTING
- FAQ
- NEWSROOM
- WARRANTY REGISTRATION
- CONTACT US

We built the ProMariner reputation on the strength of the most dependable battery charger in the marine environment. Over 750,000 of our early Ferro Resonant technology units were sold to virtually every boat builder in North America.

Today, we lead the industry in advanced multi-stage battery charging technology and unique product packaging, as shown by the all new ProTournament series; This new product line achieves the fastest charging times in the industry with advanced three-stage charging algorithms suited for Lead-acid, Gel and AGM batteries. Meanwhile, the ProTech series is the product of choice for boat builders around the world.

And in addition to battery chargers, we are the leading supplier of galvanic isolators to boats with AC shore power systems. With the introduction of the ProSafe Galvanic Isolator Monitor, we continue to dominate the industry.

Our other products include inverters, CCTV equipment, binoculars, fuses, fuse blocks and an innovative advanced regulator that turns a normal alternator into an advanced charging system. But feel free to look through the web site to see our latest innovations.

We staff a professional service facility that can repair or upgrade all Professional Mariner products. All units are covered by a lifetime repair and upgrade policy that is prorated over the first 5 years and thereafter, guarantees that repairs or upgrades will never cost more than 50% of the retail price. A great deal for anyone who owns an older Professional Mariner battery charger.

If you want to learn more about us or any of our industry-leading products, peruse the web site or give us a call.

○ Get a free AC Plug Holder and a Hand-Held DC Tester with the purchase of any ProTournament 100, 150 or 200 Battery Charger. Click here for details.



Link to one of these fine retail stores online to purchase our products.

Retail Customers:

Professional Installers:



Contact Us | Help

## Ellett Brothers' Dealer Locator...
Click on a City for a listing of dealers..

Dealers for **MA**

- ATHOL
- BILLERICA
- BERKLEY
- BEVERLY
- BOSTON
- BOURNE
- BROCKTON
- CHELMSFORD
- CHERRY VALLEY
- DRACUT
- EASTON
- E. DARTMOUTH
- GARDNER
- GRANBY
- HADLEY
- HALIFAX
- HANOVER
- HANSON
- HOLYOKE
- HUDSON
- HYANNIS
- LANESBORO
- LAWRENCE
- LEOMINSTER
- LOWELL
- MERRIMAC
- N. DARTMOUTH
- NORTH
- NEWTON
- ORANGE
- PALMER
- PITTSFIELD
- PLYMOUTH
- SCITUATE
- SOUTH
- SOUTHWICK
- STOUGHTON
- TAUNTON
- TEWKSBURY
- WEBSTER



Ellett Brothers
267 Columbia Avenue Chapin SC 29036

## CERTIFICATE OF SERVICE

I, David J. Daly, of Daly, Cavanaugh LLP, 27 Mica Lane, Wellesley, MA 02481, do hereby certify that on the ___5___ day of August 2004, I served a copy of:

1. Plaintiff's Opposition to the Defendant Professional Mariner LLC's Motion to Dismiss.

by first class mail upon the following attorneys or parties with an appearance in this matter:

>Emily G. Coughlin, Esq.
>Ryan, Coughlin & Getke, LLP
>175 Federal Street
>Boston, MA  02110

_____
David J. Daly