UNITED STATES DISCTRIC COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSURANCE COMPANY OF NORTH AMERICA, as subrogee of THE CARNEY FAMILY INVESTMENT TRUST<br>    Plaintiff<br><br>V.<br><br>BURR YACHT SALES, INC.,<br>PROFESSIONAL MARINER, LLC<br>    Defendant | CIVIL NO. 11476NG |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, Burr Yacht Sales, Inc., in the above entitled case.

By its attorney,

Patrick M. McCormack
B.B.O. No. 546194
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4614

## CERTIFICATE OF SERVICE

I, Patrick M. McCormack, attorney for the Defendant, Arthur & Marilyn Burr, in the above-entitled action, hereby certify that on the      day of August, 2004, I mailed a copy of the within Notice of appearance, postage prepaid, to:

David J. Daly, Esquire
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA  02481

_____
Patrick M. McCormack
B.B.O. No. 546194
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4614