UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INSURANCE COMPANY OF NORTH AMERICA, as subrogee of THE CARNEY FAMILY INVESTMENT TRUST<br>    Plaintiff | )<br>)<br>)<br>)<br>) | |
| V. | )<br>) | CIVIL NO. 11476NG |
| BURR YACHT SALES, INC., PROFESSIONAL MARINER, LLC<br>    Defendant | )<br>)<br>)<br>) | |

## AFFIDAVIT

1. My name is J. Raymond Currey, III. I am currently and at all relevant times was the General Manager/Sales Manager for Burr Yacht Sales, Inc. (hereinafter "Burr").

2. Burr is a Maryland corporation with a normal place of business at 1106 Turkey Point Road, Edgewater, MD 21037.

3. Burr is in the business of selling, brokering, maintaining, storing and docking boats and yachts at its Edgewater facility. Burr conducts no business in the state of Massachusetts nor does it maintain offices or have any presence in Massachusetts.

4. Burr contracted in Edgewater Maryland to sell a 55' Fleming yacht to the Carney Family Trust on or about March 11, 2000. . The yacht was manufactured in Taiwan and delivered by ship to Baltimore, Maryland and then sailed to Edgewater. The purchaser ordered optional equipment, including sophisticated electronics and bow thrusters, which was installed by Burr in Edgewater. One of the options was a Battery Isolator, which is the part alleged to have caused the fire in question. The yacht was delivered to the Carney Family Trust on August 1, 2000 in Edgewater.

5. In September, 2002 I saw the yacht in Newburyport, Massachusetts following an on board fire which took place at sea. I observed some of the original fire damage to the yacht and assisted the Carney family remove personal belongings from it. Three months later, the yacht was sailed back to Maryland and docked at the Burr facility in Edgewater.

6.  Burr made efforts to secure the yacht from the winter weather while it was docked at the Edgewater facility. Burr subsequently made minor repairs to the yacht at the direction of the Carneys prior to its sale to a third party in late 2003.

*J. Raymond Currey, III*