UNITED STATES DISCTRIC COURT
FOR THE DISTRICT OF MASSACHUSETTS

9/1/04

By    M.P.

Deputy Clerk

INSURANCE COMPANY OF NORTH )
AMERICA, as subrogee of THE CARNEY )
FAMILY INVESTMENT TRUST )
    Plaintiff )
     )
V. )      CIVIL NO. 11476NG
     )
BURR YACHT SALES, INC., )
PROFESSIONAL MARINER, LLC )
    Defendant )

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Patrick M. McCormack, an attorney duly admitted to practice law in this court, certifies hereby that I have conferred with plaintiff's counsel in a good faith attempt to resolve the issues brought forth in the attached motion.

By its attorney,

Patrick M. McCormack
B.B.O. No. 546194
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4614

## CERTIFICATE OF SERVICE

I, Patrick M. McCormack, attorney for the Defendant, Arthur & Marilyn Burr, in the above-entitled action, hereby certify that on the        day of August, 2004, I mailed a copy of the within Certification, postage prepaid, to:

David J. Daly,  Esquire
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA  02481

Patrick M. McCormack
B.B.O. No.  546194
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4614