UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:04-CV-11476-NG

| | |
|---|---|
| INSURANCE COMPANY OF NORTH AMERICA<br>as the subrogee of<br>THE CARNEY FAMILY INVESTMENT TRUST<br><br>Plaintiff<br><br>vs.<br><br>BURR YACHT SALES, INC.,<br>PROFESSIONAL MARINER, LLC<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF C. RAY CLIETT

Now comes C. Ray Cliett and does depose and say the following on his personal knowledge:

1. I am employed as an attorney for Daly Cavanaugh LLP. I am of the age of majority. I have personal knowledge of the matters set forth herein, and I am otherwise qualified to testify. I represent the Plaintiff in the above-captioned matter.

2. On September 10, I conducted an internet search regarding Burr Yacht Sales and Fleming Yachts. Attached hereto are a true and accurate copies of printouts from the web site of Fleming Yachts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF SEPTEMBER, 2004.

_____
C. Ray Cliett




- Home
- Fleming 55
- Fleming 75
- About Us
- Points to Ponder
- Contact Us
- Dealer Network





For more information about any of the Fleming products, contact your nearest Fleming dealer.

**U.S. East Coast**
Burr Yacht Sales
Edgewater Maryland
(410) 798-5900
http://burryachtsales.com

**U.S. West Coast**
Chuck Hovey Yachts
Newport Beach, CA
Tel 949-675-8092
http://chuckhoveyyachts.com

**Europe**
Atmar International
Southampton, Hants
+44(0) 23 8045 3918
http://www.Atmar.co.uk

**Canada**
Grand Yachts
Vancouver, BC
604-687-8943
http://www.yachtworld.com/grandyachts/

Copyright 2002 Fleming

## CERTIFICATE OF SERVICE

I, David J. Daly, of Daly, Cavanaugh LLP, 27 Mica Lane, Wellesley, MA 02481, do hereby certify that on the __13__ day of September 2004, I served a copy of:

1. Plaintiff's Opposition to the Defendant Burr Yacht Sales, Inc.'s Motion to Dismiss or Transfer.

by first class mail upon the following attorneys or parties with an appearance in this matter:

> Patrick M. McCormack
> Law Offices of Jacqueline L. Allen
> 262 Washington Street, Suite 601
> Boston, MA  02108

_____
David J. Daly