UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INSURANCE COMPANY OF ) | | |
| NORTH AMERICA as subrogee of ) | C.A. NO. 1:04-cv-11476-NG | |
| THE CARNEY FAMILY ) | | |
| INVESTMENT TRUST ) | | |
| ) | BBO# 554526 | |
| Plaintiff ) | BBO# 659593 | |
| v. ) | | |
| ) | | |
| BURR YACHT SALE, INC., ) | | |
| PROFESSIONAL MARINER, LLC ) | | |
| ) | | |
| Defendants ) | | |

### DEFENDANT PROFESSIONAL MARINER, LLC'S BRIEF ADDRESSING APPROPRIATENESS OF TRANSFER OF MATTER TO THE DISTRICT OF MARYLAND

The defendant, Professional Mariner, LLC, hereby submits this brief at the request of the Court addressing the appropriateness of transfer of this action to the District of Maryland pursuant to 28 U.S.C. s. 1404. Without waiving any and all arguments regarding personal jurisdiction over Professional Mariner, LLC in the District of Maryland, Professional Mariner, LLC agrees that venue for this matter is appropriate in the District of Maryland, since virtually all of the relevant conduct in this matter took place in the State of Maryland, as set forth in Burr

Yacht Sales, Inc.'s Motion to Dismiss or Transfer and Professional Mariner, LLC's Motion to Dismiss.[1]

BY ITS ATTORNEYS,

Emily G. Coughlin, BBO# 554526
Gabriel W. Bell, BBO #659593
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

I, Gabriel W. Bell, hereby state that I have served the foregoing upon all counsel of record by hand and first class mail this 8 day of October, 2004 by serving same on David J. Daly, Daly Cavanaugh, LLP, 27 Mica Lane, Wellesley, MA 02481; Patrick McCormick, Law Offices of Jacqueline L. Allen, 262 Washington Street, Suite 601, Boston, MA 02108.

Gabriel W. Bell

---

[1] As the court is aware, on July 23, 2004, Professional Mariner, LLC filed a motion to dismiss for lack of personal jurisdiction over it in the Commonwealth of Massachusetts. That motion has not been acted upon.