UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INSURANCE COMPANY OF NORTH AMERICA** as subrogee of **THE CARNEY FAMILY INVESTMENT TRUST**, Plaintiff, v. **BURR YACHT SALE, INC., PROFESSIONAL MARINER, LLC,** <u>Defendants.</u> | ) ) ) ) ) ) C.A. No. 04-11476-NG ) ) ) ) ) |

GERTNER, D.J.:

### ORDER OF TRANSFER

Plaintiff has failed to show that venue in the District of Massachusetts is proper per the Due Process Clause of the United States Constitution or the applicable Massachusetts long-arm statute.  Pursuant to 28 U.S.C. § 1404(a), this action is hereby **TRANSFERRED** to the United States District Court for the District of Maryland.

**SO ORDERED.**

**DATED: October 21, 2004**          <u>s/NANCY GERTNER, U.S.D.J.</u>